UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY JO ATNIP<br><br>Plaintiff.<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY and DOES 1-20, inclusive,<br><br>Defendants. | Case No. SACV 14-1462-JLS (RNBx)<br><br>**JUDGMENT** |

On January 27, 2015, the Court granted Defendant American General Life Insurance Company's Motion to Dismiss Plaintiff Betty Jo Atnip's Complaint with prejudice for failure to state a claim upon which relief could be granted. (Doc. 22.)

Accordingly, judgment is hereby entered in favor of Defendant.

Dated:     March 26, 2015            _____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE